UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALBERTO RAMIREZ,                    ) Case No. CV 08-0879-VBF(RC)
                                    )
                Petitioner,         )
                                    ) ORDER ADOPTING REPORT AND
vs.                                 ) RECOMMENDATION OF UNITED STATES
                                    ) MAGISTRATE JUDGE
F. GONZALES WARDEN (A),             )
                                    )
                Respondent.         )
_____     )

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
petition and other papers along with the attached Report and
Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
as well as petitioner's supplemental memorandum, which addresses
events before the statute of limitations began to run, and has made a
de novo determination.


    IT IS ORDERED that (1) the Report and Recommendation is approved
and adopted; (2) the Report and Recommendation is adopted as the
findings of fact and conclusions of law herein; and (3) Judgment shall
be entered dismissing the habeas corpus petition and action as
untimely.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2   Order, the Magistrate Judge's Report and Recommendation and Judgment

3   by the United States mail on the petitioner.

4

5   DATED:    October 3, 2008

6                                          _____

7                                            VALERIE BAKER FAIRBANK
                                           UNITED STATES DISTRICT JUDGE

8   R&R\08-0879.ado
    9/2/08

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28