UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO RAMIREZ, | Case No. CV 08-0879-VBF(RC) |
| Petitioner, | JUDGMENT |
| vs. | |
| F. GONZALES WARDEN (A), | |
| Respondent. | |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED:  October 3, 2008

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\08-0879.jud
9/2/08